PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Cupid Poe                     Case Number: 3:09-00009-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U. S. District Judge

Date of Original Sentence: July 9, 2010

Original Offense: 18 U.S.C. § 1347, Health Care Fraud

Original Sentence: 3 years' probation

Type of Supervision: Probation           Date Supervision Commenced: July 9, 2010

Assistant U.S. Attorney: Harold B. McDonough, Jr.     Defense Attorney: Quenton I. White

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Allowed to terminate from supervision still owing restitution.

Considered this ____ day of April, 2013, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    March 25, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall make restitution payments of $68,756.00 at a minimum monthly rate of 10% of gross monthly income:**

   Mr. Poe has made his monthly payments as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Cupid Poe has paid $17,371.40 in restitution. His term of probation is set to expire July 8, 2013.

**U.S. Probation Officer Recommendation:**

Mr. Poe has paid as instructed by the Court. It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putnam
Supervisory U.S. Probation Officer